UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONEYCAT LTD,<br><br>        Plaintiff,<br><br>   v.<br><br>PAYPAL INC,<br><br>        Defendant. | Case No. 14-cv-02490-JST<br><br>**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 136 |

        The Court directs the Clerk of Court to terminate the administrative motion to file under seal at ECF 136. The Motion fails to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders), and with Civil Local Rule 79-5(e). In particular, the instant motion fails to comply with the requirement to file under seal because MoneyCat LTD is the party PayPal Inc. has identified as designating the material sought to be sealed as confidential, and MoneyCat LTD did not file a declaration pursuant to Civil Local Rule 79-5(e)(1). PayPal Inc. is directed to re-file after consulting the Standing Order and Civil Local Rule 79-5(e). If PayPal Inc. does not wish to re-file the instant motion, it must file in the public record the document it formerly sought to file under seal.

        This Order does not operate as a denial for purposes of Civil Local Rule 79-5(f).

Dated: August 1, 2014

                                                            JON S. TIGAR
                                                            United States District Judge