UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONEYCAT LTD,<br><br>          Plaintiff,<br><br>   v.<br><br>PAYPAL INC,<br><br>          Defendant. | Case No. 14-cv-02490-JST<br><br>**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 140 |

The Court again directs the Clerk of Court to terminate the administrative motion to file under seal at ECF No. 140. The Motion fails to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders). The filing party is directed to re-file after thoroughly consulting and complying with the Standing Order, including (but not limited to) citing legal authority supporting its motion and identifying the legal standard applicable to its motion.

This Order does not operate as a denial for purposes of Civil Local Rule 79-5(f). If, however, PayPal files any subsequent administrative motion to seal in this case and fails to comply with the Standing Order and/or Civil Local Rule 79-5, the motion is likely to be denied.

**IT IS SO ORDERED.**

Dated: August 8, 2014

                                                          JON S. TIGAR<br>                                            United States District Judge