UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONEYCAT LTD                                    No. C 14-02490 JST (MEJ)

                Plaintiff(s),        **NOTICE OF REFERRAL FOR DISCOVERY**

   v.

PAYPAL INC

                Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is attached herewith and available on the Court's website at http://www.cand.uscourts.gov/mej.

      The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED**

Dated: September 5, 2014

_____
Maria-Elena James
United States Magistrate Judge