UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONEYCAT LTD,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL INC,<br><br>        Defendant. | Case No.  14-cv-02490-JST   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 66 |

On September 25, 2014, the parties filed a joint letter brief regarding a discovery dispute concerning Plaintiff MoneyCat, Ltd.'s Notice of Deposition of PayPal, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6).  Dkt. No. 66.  Upon review of the parties' positions, the Court ORDERS as follows:

1) PayPal shall provide written responses related to MoneyCat's 30(b)(6) topics by October 31, 2014.

2) If MoneyCat is not satisfied with PayPal's written responses, and Judge Tigar has not stayed this case, the parties shall meet and confer in person to determine whether they can agree to a more limited 30(b)(6) deposition.  If unable to agree, the parties shall file a joint letter in compliance with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge