UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONEYCAT LTD,

    Plaintiff,

  v.

PAYPAL INC,

    Defendant.

Case No.  14-cv-02490-JST

**ORDER GRANTING STIPULATED REQUEST AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

Re: ECF No. 191

The Court has received the parties' Stipulated Request to Extend Time to File Joint Status Report. ECF No. 191. Having considered the stipulation, the Court hereby grants the parties' request. The joint status report and proposed schedule shall be filed by the parties no later than October 16, 2015.

The Court also sets a further case management conference, to be held on October 28, 2015, at 2:00 p.m., 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall be prepared to discuss the status report and proposed schedule.

IT IS SO ORDERED.

Dated: September 30, 2015

_____
JON S. TIGAR
United States District Judge